**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOTEL MANNHEIM CHICAGO, LLC. ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | Case No. 1:21-cv-5827 <br><br> Hon. |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HOTEL MANNHEIM CHICAGO, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Hotel Mannheim Chicago, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: January 19, 2022